**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **GREG VASSAR,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **2:26-CV-00083-DCLC-CRW**<br><br>**JURY DEMAND** |

## NOTICE OF WITHDRAWAL

COMES NOW Joseph A. Tisone, one of the attorneys of record for Plaintiff, Greg Vassar, pursuant to Local Rule 83.4(f), and notifies this Honorable Court of his withdrawal effective May 21, 2026. As grounds therefore, counsel would show this Honorable Court as follows:

1. Mr. Tisone has accepted a position at another law firm in Nashville, Tennessee.

2. Plaintiff will continue to be represented by attorney J. Bart Denham with the law firm Denham Property and Injury Law Firm.

3. No party to this action will be prejudiced by Mr. Tisone's withdrawal, as the

Plaintiffs will have continuity in representation.

4. Thus, Mr. Tisone submits that good cause exists for his withdrawal as he will no longer be employed by Denham Property and Injury Law Firm, effective May 21, 2026, and Plaintiff will continue to be represented by counsel without disruption.

**WHEREFORE,** premises considered, counsel respectfully notifies this Court of the following:

1. Joseph A. Tisone is to withdraw as counsel of record for Plaintiff;

2. J. Bart Denham with the law firm Denham Property and Injury Law Firm, who has entered an appearance in this matter, shall continue to be the attorney of record for Plaintiff;

3. All future pleadings, correspondence, and notices shall be directed to counsel at his contact information as reflected on the previously filed notice of appearance, which is as follows:

J. Bart Denham (BPR #042596)
Denham Property and Injury Law Firm
250 W. Main St., Suite 2650
Lexington, KY 40507
859-900-2278
Bart@Denham.Law
Service@Denham.Law
*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Joseph A. Tisone*
Joseph A. Tisone (BPR #041169)
Direct: (502) 387-2687
Tisonej24@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of this document has been served upon all parties properly mailing, electronically mailing, and/or electronically filing with the Court, which will provide electronic service copies to counsel listed below:

Matthew J. Evans BPR #017973
G. Alan Rawls, BPR #038300
900 S. Gay Street, Suite 1810
Knoxville, Tennessee 37902
(865) 314-8422
mevans@je.legal
arawls@je.legal
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

On this Thursday, May 21st, 2026.

*/s/ Joseph A. Tisone*
Joseph A. Tisone